v.

Kandace BOSWELL and W.J. Company, Respondents.

No. 89SC335.

Supreme Court of Colorado, En Banc.

July 24, 1989.

The PEOPLE of the State of Colorado, Petitioner,

v.

Louis SALAS,

And Concerning Pioneer General Insurance Co. and Stephen Bradley, Respondents.

No. 89SC353.

Supreme Court of Colorado, En Banc.

July 31, 1989.

ORDER OF COURT

Upon consideration of the Petition for Writ of Certiorari filed in the above cause, and now being sufficiently advised in the premises,

IT IS THIS DAY ORDERED that the Petition shall be, and the same hereby is, GRANTED, and the judgment of the Court of Appeals is vacated, and the cause remanded to the Court of Appeals for recon-

Duane Woodard, Atty. Gen., Charles B. Howe, Deputy Atty. Gen., Richard H. Forman, Sol. Gen., Joan C. White, Sp. Asst. Atty. Gen., Denver, for petitioner.

Richard B. Deutsch, Denver, for respondents.

ORDER OF COURT

Upon consideration of the Petition for Writ of Certiorari filed in the above cause,

and now being sufficiently advised in the premises,

IT IS THIS DAY ORDERED that the Petition shall be, and the same hereby is, GRANTED, and the judgment of the Court of Appeals is vacated, and the cause remanded to the Court of Appeals for reconsideration in light of *Moreno concerning Maestas v. People* and *People v. Stonehart concerning Wimberly*, 775 P.2d 1184 (Colo. 1989).